EXHIBIT "B"

S2020

FORM MW353 1099-MISC B

PRINTED IN USA

[X] CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| TOLL BROS., INC.<br>250 GIBRALTAR ROAD<br>HORSHAM PA 19044<br>(215) 938-8000 | 2 Royalties $ | **2007**<br>Form **1099-MISC** | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy 2 |
| PAYER'S federal identification number: 23-2417123 | RECIPIENT'S identification number: 47-0849348 | | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | To be filed with recipient's state income tax return, when required. |
| LAW OFFICE OF ANDREW S. ABRAMS<br>SUSAN STOWELL<br>261 OLD YORK RD STE 509<br>JENKINTOWN PA 19046 | 7 Nonemployee compensation $ 0.00 | 8 Substitute payments in lieu of dividends or interest $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Account number (see instructions) 00257182 | | | |
| 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC                                                                Department of the Treasury - Internal Revenue Service

[X] CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| TOLL BROS., INC.<br>250 GIBRALTAR ROAD<br>HORSHAM PA 19044<br>(215) 938-8000 | 2 Royalties $ | **2007**<br>Form **1099-MISC** | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy B<br>For Recipient |
| PAYER'S federal identification number: 23-2417123 | RECIPIENT'S identification number: 47-0849348 | | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| LAW OFFICE OF ANDREW S. ABRAMS<br>SUSAN STOWELL<br>261 OLD YORK RD STE 509<br>JENKINTOWN PA 19046 | 7 Nonemployee compensation $ 0.00 | 8 Substitute payments in lieu of dividends or interest $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Account number (see instructions) 00257182 | | | |
| 11 | 12 | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC                    (keep for your records)                     Department of the Treasury - Internal Revenue Service

TOLL BROS., INC.
250 GIBRALTAR ROAD
HORSHAM PA 19044

**First-Class Mail**
**Important Tax Return**
**Document Enclosed**

LAW OFFICE OF ANDREW S. ABRAMS
SUSAN STOWELL
261 OLD YORK RD STE 509
JENKINTOWN PA 19046

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS