IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# FILED UNDER SEAL

| | | |
|---|---|---|
| SUSAN STOWELL | : | CIVIL ACTION - LAW |
| | : | NO.   06-CV-2103 |
| Plaintiff | : | |
| | : | **JURY TRIAL** |
| | : | **DEMANDED** |
| v. | : | |
| TOLL BROS., INC. | : | |
| Defendant | : | |
| | : | Notice of Appeal Fed. R. App. P. 3(c) |

## NOTICE OF APPEAL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Susan Stowell, Plaintiff in the above-captioned order of January 27, 2009, appeals to the United States Court of Appeals for the 3rd Circuit from the Order of January 27, 2009 entered by the District Court named above on January 27, 2009.

>  Mark J. Vasoli, Esquire
>  *Attorney for Plaintiff*
>  1430 Ulmer Avenue
>  P.O. Box 89
>  Oreland, PA 19075
>  (215) 885-6703
>  Attorney ID# 79066

Date:   March 9, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# FILED UNDER SEAL

| | |
|---|---|
| SUSAN STOWELL | CIVIL ACTION - LAW |
| Plaintiff | NO. 06-CV-2103 |
| | **JURY TRIAL DEMANDED** |
| v. | |
| TOLL BROS., INC. | |
| Defendant | |

## CERTIFICATE OF SERVICE

I hereby certify that at my direction a true and correct copy of this **Notice of Appeal** has been delivered to the following in the following matter:

1. (Via First Class Mail)(For Defendant) To:
   Jill M. Lashay, Esq.
   Buchanan Ingersoll et al
   One South Market Square
   213 Market Street, 3rd Floor
   Harrisburg, PA 17101

2. (Via First Class Mail)(For Interested Parties: Andrew S. Abramson, Marla Joseph and Law Offices of Andrew S. Abramson) To:
   Robert P. Glickman, Esq.
   101 Greenwood Avenue
   Jenkintown, PA 19046

                          Mark J. Vasoli, Esquire
                          *Attorney for Plaintiff*
                          1430 Ulmer Avenue
                          P.O. Box 89
                          Oreland, PA 19075
                          (215) 885-6703
                          Attorney ID# 79066

Date: March 9, 2009